**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF ROSEMARIE : No. 296 MAL 2019
STERCHAK, DECEASED :
:
:
: Petition for Allowance of Appeal
PETITION OF: THOMAS DYNO AND JULIA : from the Order of the Superior Court
DYNO :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2019, the Petition for Allowance of Appeal

is **DENIED**.